UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:05-M-783-1
783-2

| UNITED STATES OF AMERICA | } |
| --- | --- |
| | } |
| v. | } |
| | } CRIMINAL INFORMATION |
| ANTONIO MATTHEWS | } |
| ALEX HOLMES | } |

Defendant:

The United States Attorney charges:

### COUNT I

THAT, on or about 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ANTONIO MATTHEWS and ALEX HOLMES, did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge a duty of his office, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-223.

### COUNT II

THAT, on or about 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ANTONIO MATTHEWS, did operate a motor vehicle upon a street, highway, or public vehicular area while his driver's license was suspended, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-28(a).

### COUNT III

THAT, on or about 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ANTONIO MATTHEWS, did willfully and intentionally carry a concealed weapon, to wit: .380 highpoint pistol hidden under the driver's seat cover, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-269(a1).

COUNT IV

THAT, on or about, 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ANTONIO MATTHEWS and ALEX HOLMES, did fail to comply with a lawful order or direction of a law enforcement officer with authority to direct, control, or regulate traffic, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 114.1(a).

COUNT V

THAT, on or about 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ANTONIO MATTHEWS and ALEX HOLMES, did intentionally cause a public disturbance, plainly and likely to provoke violent retaliation and thereby cause a breach of the peace, by using profane language, provoking speeches and communicating threats, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-288.4.

## COUNT VI

THAT, on or about 19 June 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ALEX HOLMES, did use indecent or profane language in a loud and boisterous manner on a public road or highway and in the hearing of two or more persons, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-197.

FRANK D. WHITNEY
UNITED STATES ATTORNEY

BY: *(signature)*
JAMES C. CUNNINGHAM
Special Assistant United States
  Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222