
FILED IN OPEN COURT
ON SEP 12 2005
Fred L. Borch III, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:05 - m - 783(2) EC11

UNITED STATES OF AMERICA

V.

DISMISSAL ORDER

ALEX HOLMES

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: Prosecutorial Discretion.

**Offense(s):** Resist Arrest, Etc.
**Date of offense(s):** A June
**Submitted on:** 12/13/14 September 2005

INITIAL DOCKET DATE: N/A

JAMES C. CUNNINGHAM
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

SEP 12 2005
This _____ day of _____, 2005.

United States Magistrate Judge